IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-03353-MSK-CBS | Date: December 4, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                              *Counsel:*

LARRY WILLIAMS, *et al.*,                 Heather Kelly

Plaintiff,

v.

GENESISFINANCIAL TECHNOLOGIES,   Jessica Danehy
INC., *et al.*,

Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in session: 01:12 p.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to pending motions. Discussion and argument regarding the motions.

**ORDERED:**     *[44] Plaintiffs' Rule 56(D) Motion for Order Regarding Discovery and Additional Time to Oppose Defendants' Motion for Summary Judgment* is **DENIED** as stated on the record.

The court advises counsel of its informal discovery dispute procedure.

**ORDERED:**     Counsel shall work together to schedule the remaining depositions. These depositions shall be scheduled by **5:00 p.m. on December 7, 2015**. Counsel shall submit a Status Report on **December 8, 2015** confirming the depositions have been set.

*[53] Partially Stipulated Motion to Amend Scheduling Order* is held in **ABEYANCE** pending receipt of the Status Report. Upon receipt of the Status Report

>confirming the remaining depositions have been scheduled, the court will grant the motion.
>
>The Plaintiffs' depositions will be taken in St. Croix. If after completing the depositions the Defendant believes there is case law that supports their view that the depositions should have been taken in Colorado, they may file a motion.

Counsel addresses the court in regards to a written discovery dispute.

**ORDERED:** If counsel is unable to resolve the current discovery dispute, they are given leave to file a motion to compel. The motion must be filed by **5:00 p.m. on December 9, 2015**. A response must be filed by **5:00 p.m. on December 18, 2015.** No replies will be permitted. If a motion to compel is filed, oral argument will be set for **December 21, 2015 at 1:00 p.m.**

HEARING CONCLUDED.

**Court in recess: 02:29 p.m.**
Total time in court: 01:17

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.